Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____ RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____
                                                                                   _____
                                                                                   Plaintiff's Counsel
vs

_____
                                                                                   _____
                                                                                   Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____